**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 341 WAL 2016
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
JAMAL KNOX, :
:
          Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2017, the Petition for Allowance of Appeal

is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to the

remaining issue. The issue, as stated by Petitioner, is:

> [Is t]he question of whether the artistic creation of Petitioner
> constitutes protected free speech or a true threat punishable by
> criminal sanction . . . of such substantial importance as to require
> prompt and definitive resolution by the Supreme Court of
> Pennsylvania, even if the High Court must decide this question *sua
> sponte*[?]